FILED

07/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0357

**IN THE SUPREME COURT IN AND FOR THE STATE OF MONTANA**
**Case No. DA-24-0357**

| | |
|---|---|
| **STATE OF MONTANA,** | **Case No. DA-24-0357** |
| Plaintiff, | |
| vs. | **ORDER GRANTING EXTENSION OF TIME** |
| **DESIREA GARRERA,** | |
| Defendant. | |

The Counsel having filed an Unopposed Motion requesting for a 30-day extension of time after July 10, 2024.

**IT IS HEREBY ORDERED** that the motion is granted and that Defense may submit their Opening Brief by August 9, 2024.

Electronically signed and dated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 1 2024